IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| **CASE NUMBER** | **CAPTION** |
|---|---|
| 8:01CR9 | USA v. Darrell Lee Miller |
| 8:03CR446 | USA v. Panduro-Contreras et al |

DATED this 28th day of June, 2007.

BY THE COURT
s/ Richard G. Kopf
United States District Judge