IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAVIER PANDURO-CONTRERAS, JR.,<br>SINNDY DEIVY PANDURO, and<br>JOSE MARTIN PANDURO-AVENA,<br><br>　　　　　　Defendants. | 8:03CR446<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 208). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

　　　　1. The Court entered Preliminary Orders of Forfeiture (Filing Nos. 103, 162, and 187) pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendants' pleas of guilty to Counts I and/or II and III of the Superseding Indictment filed herein. By way of said Preliminary Orders of Forfeiture, the Defendants' interests in $443.75, $447.85, and $1,478.40 in United States currency was forfeited to the United States.

　　　　2. Notice of Criminal Forfeiture was published in the Star-Herald, a legal newspaper, in Scottsbluff County, Nebraska, as it relates to the Defendant, Jose Martin Panduro-Aveno for three consecutive weeks. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 24, 2011, regarding Sinndy Deivy Panduro, and on January 24, 2014, regarding Javier Panduro-Contreras, Jr., as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. An Affidavit of Publication

(Filing No. 113) was filed on September 13, 2005. A Declaration of Publication was filed herein on May 30, 2014 (Filing No. 207).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $443.75, $447.85, and $1,478.40 in United States currency held by any person or entity are hereby forever barred and foreclosed.

C. The $443.75, $447.85, and $1,478.40 in United States currency be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said currency in accordance with law.

DATED this 3rd day of June, 2014.

> BY THE COURT:
> *Richard G. Kopf*
> Senior United States District Judge

2